UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MONIQUE GILLMING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:23-cv-00096 |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court upon Defendant's Motion for Stay. For good cause shown, this motion is hereby GRANTED and this case is stayed for 60 days, until November 24, 2023.

IT IS SO ORDERED.

Signed: September 25, 2023

Graham C. Mullen
United States District Judge