UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MONIQUE GILLMING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:23-cv-00096 |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon Defendant's Motion for Stay. For good cause,

IT IS THEREFORE ORDERED that Defendant's Motion for Stay is hereby GRANTED and briefing in this case is stayed until December 25, 2023.

Signed: November 28, 2023

Graham C. Mullen
United States District Judge